# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| WALTER MCLAURIN et al., , | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | Case Number: 06-15094 |
| v. | Honorable |
| TITLE GIANT et al., , | |
| Defendant. / | |

■ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that plaintiffs' motion for default judgment is granted in part and denied in part and the case DISMISSED.

Date   1/11/08

David Weaver, Clerk of Court

s/Denise Goodine
Deputy Clerk